IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:23-00070-JB |
| ) | |
| CRAIG D. PERCIAVALLE, ) | |
| JOSEPH A. RUNKEL, *and* ) | |
| WILLIAM O. ADAMS, ) | |
|     Defendants. ) | |

## ORDER

This criminal action came before the undersigned Magistrate Judge on the record for a status conference on July 10, 2023, with counsel for all parties participating. As a result of that conference, the following is **ORDERED:**

- This action is set for another **in-person** status conference with the undersigned on **SEPTEMBER 5, 2023**, beginning at **2:00 P.M. (Central)**, in **Courtroom 5B** of the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602. Counsel for each Defendant, and at least one attorney for the Government, must participate in this conference.

- For the reasons set forth on the record at the July 10 conference, the Government's "Motion for a Final Deadline for Determining Defense Counsel Representation" filed July 5, 2023 (Doc. 67), is **GRANTED** as follows: [1] The deadline for all Defendants' current retained counsel to move for leave to

---

[1] The assigned District Judge has referred said motion to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Criminal Procedure 59, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (7/6/2023 electronic reference notation).

withdraw from representation under S.D. Ala. Criminal Local Rule 44(a)(1)[2] is extended to **SEPTEMBER 5, 2023**.

**DONE** and **ORDERED** this the **11th** day of **July 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] "Retained criminal defense attorneys are expected to make financial arrangements satisfactory to themselves and sufficient to provide for representation of their client until the conclusion of the client's action. Unless the Court, within fourteen (14) days after arraignment, is notified in writing of counsel's withdrawal because of Defendant's failure to make satisfactory arrangements, the Court will expect counsel to represent the Defendant through the conclusion of the client's action…Failure of a Defendant to pay sums owed for attorney's fees or failure of counsel to collect the sum sufficient to compensate for all the services usually required of defense counsel will normally not constitute good cause for withdrawal after said fourteen-day period has expired." S.D. Ala. CrLR 44(a)(1).