# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 23-cr-00070-JB** |
| ) | |
| **CRAIG D. PERCIAVALLE** ) | |
| **JOSEPH A. RUNKEL** ) | |
| **WILLIAM O. ADAMS** ) | |

### DEFENDANTS' MOTION TO FILE UNDER SEAL

Defendants, Craig Perciavalle, Joseph Runkel, and William Adams (collectively, "Defendants"), by their counsel, hereby jointly move the Court, in accordance with General L.R. 5.2, to file under seal the Joint Defense Motion to Continue Trial Date. In support of this motion, Defendants state the following:

1. The parties intend to file their Joint Defense Motion to Continue Trial Date with this Court ("The motion"). The motion contains sensitive financial information that is private in nature.

2. Defendants seek to file the motion under seal to preserve the sensitive nature of the motion while allowing the Court to fully consider the arguments therein. Given the sensitive nature of this information, and because the motion implicates "lesser right-to-access considerations" inasmuch as it does not involve a merits resolution of any substantive matter by the Court, Defendants respectfully submit that good cause exists to seal the motion. *Romero v. Drummond Co.*, 480

F.3d 1234, 1246 (11th Cir. 2007) (noting a "party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information" and that "'[d]ecisions less central to merits resolutions implicate lesser right-to-access considerations . . . .'") (quoting 8 Charles Alan Wright, Arthur R. Miller & Richard L. Marcus, Federal Practice and Procedure § 2035 (2d ed. 1994)).

3. In accordance with General Local Rule 5.2(b)(2), Defendants attach hereto a proposed unsealed order granting this motion. Defendants will also file *in camera* and under seal the Joint Defense Motion to Continue Trial that is proposed to be sealed. Defendants request that this motion remain sealed indefinitely.

WHEREFORE, Defendants respectfully request leave to file under seal the Joint Defense Motion to Continue Trial.

Respectfully submitted this 11th day of March, 2025.

/s/ *Jack W. Selden* (with permission)
Jack W. Selden
Bradley Arant Boult Cummings LLP
One Federal Place
1810 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8472
jselden@bradley.com

Gregory G. Marshall (admitted *pro hac vice*)
Erin K. Sullivan
Bradley Arant Boult Cummings LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
(202) 393-7150
gmarshall@bradley.com

esullivan@bradley.com

*Counsel for Craig D. Perciavalle*

/s/ *James R. Sturdivant* (with permission)
James R. Sturdivant
Robert R. Baugh
Alyse N. Windsor
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
(205) 930-5100
jim.sturdivant@dentons.com
robert.baugh@dentons.com
alyse.windsor@dentons.com

*Counsel for Joseph A. Runkel*

/s/ *Frederick G. Helmsing, Jr.*
Frederick G. Helmsing, Jr.
T. Hart Benton, III
Jones Walker LLP
11 North Water St., Ste. 1200
Mobile, AL 36602
T: 251.432.1414
F: 251.433.4106
fhelmsing@joneswalker.com
hbenton@joneswalker.com

Avery B. Pardee (admitted *pro hac vice*)
Jones Walker LLP
201 St. Charles Ave
New Orleans, LA 70170-5100
T: 504.582.8000
F: 504.582.8583
apardee@joneswalker.com

*Counsel for William O. Adams*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 11, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            s/ *Frederick G. Helmsing, Jr.*
                                            OF COUNSEL